Peter **MINAKAKIS, Plaintiff–Appellant,**

v.

**AMBRO LAND HOLDINGS,** Defendant,

Tishman Speyer Properties L.P., Management Agent, Evelyn Litardo, Marketing Interviewer, Settlement Housing Fund Inc., TST 101 W. End L.L.C., property owner, Defendants–Appellees.

No. 04–1069.

United States Court of Appeals, Second Circuit.

Nov. 5, 2004.

Peter Minakakis, Brooklyn, NY, for Appellant, pro se.

Stephen Sussman (Victor Rivera Jr., Sundria R. Lake), Lebensfeld Borker & Sussman LLP, New York, NY, for Appellee, of counsel.

Present: CARDAMONE, CABRANES and SOTOMAYOR, Circuit Judges.

**SUMMARY ORDER**

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and hereby is **AFFIRMED.**

We have considered all of appellant's arguments and, substantially for the reasons explained by the District Court in its Opinion & Order, entered December 31, 2004, we find each to be without merit.

Accordingly, the judgment of the District Court is hereby **AFFIRMED.**